1004

No. 98–1639. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1641. ASHCRAFT ET AL. v. HWA-SHAIN YEH ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1642. STABILE, TRUSTEE OF THE STABILE FAMILY TRUST AGREEMENT DATED MAY 1, 1990 v. CALIFORNIA FEDERAL BANK ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–1643. SOUTHMARK CORP. v. COOPERS & LYBRAND, L. L. P. C. A. 5th Cir. Certiorari denied.

No. 98–1645. PAYNE, MOTHER FOR THE MINOR CHILD, HICKS, ET AL. v. CHURCHICH ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1646. BRAWNER-AHLSTROM v. HUSSON ET AL. Ct. App. Colo. Certiorari denied.

No. 98–1650. FUESSENICH v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 98–1655. AUSTIN v. HANOVER INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1656. CUTRIGHT v. METROPOLITAN LIFE INSURANCE CO., DBA METLIFE, ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 98–1657. ILLINOIS EX REL. RYAN, ATTORNEY GENERAL OF ILLINOIS v. TOWERS. C. A. 7th Cir. Certiorari denied.

No. 98–1659. LIN v. LIN. Ct. App. N. C. Certiorari denied.

No. 98–1661. FLEET BANK, NATIONAL ASSN. v. BURKE, BANKING COMMISSIONER OF CONNECTICUT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1665. KILLINGER, WARDEN v. NEVERS. C. A. 6th Cir. Certiorari denied.